# LAROCCA HORNIK ROSEN
## & GREENBERG LLP

COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/13/2022

THE TRUMP BUILDING
40 WALL STREET
32ND FLOOR
NEW YORK, NY 10005
212.530.4823
212.530.4815 FAX

LHRGB.COM

DIRECT DIAL: 212.530.4837
EMAIL: PMCPARTLAND@LHRGB.COM

FREEHOLD COMMONS
83 SOUTH STREET
3RD FLOOR
FREEHOLD, NJ 07728
732.409.1144
732.409.0350 FAX

PRIVATE LENDER GROUP
212.536.3529
732.625.2463 FAX

SANFORD HAUSLER ▵
BRYAN A. CHRISTENSON
JASON W. MOUSSOURAKIS ▵
STAN SHAROVSKIY ▵
PETER KELEGIAN ▵
DREW TANNER ♦
LAUREN WEISSMAN-FALK
ANDREW SELEVAN
NELSON DIAZ
DOROTHY BROWN DUNCAN
▵ NEW YORK BAR ONLY
♦ NEW JERSEY BAR ONLY
♦ OF COUNSEL ATTORNEYS
◊ CERTIFIED MATRIMONIAL LAW ATTORNEY

January 12, 2022

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Denise Crumwell v. Brooklyn Oak Dental Care, P.C.
Civil Action No. 21-cv-9540 (AT)

Dear Judge Torres:

We represent defendant Brooklyn Oak Dental Care, P.C. ("Brooklyn Oak") in the above-referenced action. We are writing, pursuant to Section 1(C) of Your Honor's Individual Practice Rules, to request that (1) Brooklyn Oak's time to respond to the Complaint be extended to February 8, 2022 and (2) the parties' submission of their joint letter and proposed Case Management Plan and Scheduling Order, currently scheduled for January 18, 2022, be extended to February 18, 2022.

The reason for this request is that the undersigned was just retained by Brooklyn Oak yesterday, and the parties would like to try to resolve this matter without the necessity for court intervention and require some time to do so.

There have no prior requests to extend defendant's time to respond to the complaint or the deadline for the parties' initial pretrial conference submissions. Plaintiff's counsel has consented to this request.

GRANTED.

SO ORDERED.

Dated: January 13, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge